CLARENCE DORR, Doing Business under the Name of "THE SOLDAX CO.", Appellant, v. WILLIAM E. BURNS et al., Respondents.—

Judgment unanimously affirmed, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of ROBERT McDONALD, Appellant, against J. VERNEL JACKSON, as Warden of Clinton State Prison, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.